**Order entered December 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01310-CV

## VERSACOM, LLC, Appellant

## V.

## NETICOM, LLC, LOC W. TRAN, TUAN A. NGO, AND HOAN BUI, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02676-2013**

## ORDER

Before the Court is Court Reporter Susan Maienschein's request for an extension of time to file the reporter's record. Ms. Maienschein's request is **GRANTED**. The reporter's record shall be filed by **December 30, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE